**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bercem Turk
Plaintiff,
v.
Darice Alvertos, et al.
Defendant.

Case No.: 1:26−cv−11555
Honorable John F. Kness

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's motion to dismiss this case voluntarily [8]. Consistent with Rule 41(a) of the Federal Rules of Civil Procedure, the motion is granted, and the case is dismissed without prejudice. Each party shall bear their own fees and costs. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.